UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MARTIN MENDOZA, | ) CV 10-6992-JFW (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| TIM OCHOA, Warden, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 2/22/11

_JOHN F. WALTER_
UNITED STATES DISTRICT JUDGE

1